**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QUIMBY LION, I, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-08189-BLF<br><br>**ORDER TO SHOW CAUSE** |

No filings have been made in this case since Defendant Mathew Street Property filed an answer to the complaint on February 5, 2021. ECF No. 14. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge