1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  Judy C. Tsai (SBN #158244)
   LAW OFFICE OF JUDY TSAI
8  710 Lakeway Drive, Suite 180
9  Sunnyvale, CA 94085
   P: (408) 775-8848
10 F: (408) 775-8838
   judy@judytsai.com
11 Attorney for Defendants
12 Quimby Lion I, LLC and
   Mathew Street Property, LLC
13

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA

16  SCOTT JOHNSON,                )  Case No.: 5:20-cv-08189-BLF
17         Plaintiff,             )
    v.                            )  **JOINT STIPULATION FOR**
18                                )  **DISMISSAL PURSUANT TO**
    QUIMBY LION, I, LLC, a California )  **FEDERAL RULE OF CIVIL**
19  Limited Liability Company;    )  **PROCEDURE 41(a)(1)(A)(ii)**
    MATHEW STREET PROPERTY LLC, a )
20  California Limited Liability Company, )
                                  )
21         Defendants.            )

22         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by
23  and between the parties hereto that this action may be dismissed with prejudice as to all
24  parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is
25  made as the matter has been resolved to the satisfaction of all parties.
26
27
28

| | | |
|---|---|---|
| Dated: January 12, 2022 | CENTER FOR DISABILITY ACCESS | |
| | By: | /s/ Amanda Seabock |
| | | Amanda Seabock |
| | | Attorneys for Plaintiff |
| Dated: January 12, 2022 | LAW OFFICE OF JUDY TSAI | |
| | By: | /s/ Judy C. Tsai |
| | | Judy C. Tsai |
| | | Attorneys for Defendants |
| | | Quimby Lion I, LLC and |
| | | Mathew Street Property, LLC |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Judy C. Tsai, counsel for Quimby Lion I, LLC and Mathew Street Property, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 12,2022         CENTER FOR DISABILITY ACCESS

                               By:     /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff