1  CENTER FOR DISABILITY ACCESS
    Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
    8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
    (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  Judy C. Tsai (SBN #158244)
    LAW OFFICE OF JUDY TSAI
8  710 Lakeway Drive, Suite 180
9  Sunnyvale, CA 94085
    P: (408) 775-8848
10 F: (408) 775-8838
    judy@judytsai.com
11 Attorney for Defendants
12 Quimby Lion I, LLC and
    Mathew Street Property, LLC
13

**APPROVED**
*Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 5:20-cv-08189-BLF |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| QUIMBY LION, I, LLC, a California Limited Liability Company; MATHEW STREET PROPERTY LLC, a California Limited Liability Company, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: January 12, 2022 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:    /s/ Amanda Seabock |
| 4 | |        Amanda Seabock<br>       Attorneys for Plaintiff |
| 6 | Dated: January 12, 2022 | LAW OFFICE OF JUDY TSAI |
| 9 | | By:    /s/ Judy C. Tsai |
| 10 | |        Judy C. Tsai<br>       Attorneys for Defendants<br>       Quimby Lion I, LLC and<br>       Mathew Street Property, LLC |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Judy C. Tsai, counsel for Quimby Lion I, LLC and Mathew Street Property, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 12, 2022          CENTER FOR DISABILITY ACCESS

                                    By:     /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff